Argued April 7, affirmed June 2, 1967

VALENTINE, *Respondent, v.* VALENTINE,
*Appellant.*
427 P. 2d 1017

*David W. Dardano,* Portland, argued the cause for appellant. With him on the briefs were Dardano & Mowry, Portland.

*Edwin J. Welsh,* Portland, argued the cause and filed a brief for respondent.

Before O'CONNELL, J., Presiding, and GOODWIN, DENECKE and FORT, Justices.

PER CURIAM.

Defendant appeals from a decree granting plaintiff a divorce, custody of two minor children, and ordering defendant to pay $100 per month alimony, $300 per month for the support of the children, and $1,500 attorney's fees.

We find no merit in any of defendant's assignments of error. Plaintiff is allowed $500 as attorney's fees on appeal.

Decree affirmed.